Brian C. Shapiro
Attorney at Law: 192789
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115 Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-8868
E-mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
Rena R Howard

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA FRESNO DIVISION

| | |
|---|---|
| RENA R HOWARD, ) | Case No.: 10-CV 00821 GSA |
| ) | |
| Plaintiff, ) | ORDER ON STIPULATION FOR |
| ) | THE AWARD AND PAYMENT OF |
| vs. ) | ATTORNEY FEES AND EXPENSES |
| ) | PURSUANT TO THE EQUAL |
| MICHAEL J. ASTRUE, ) | ACCESS TO JUSTICE ACT, 28 U.S.C. |
| Commissioner of Social Security, ) | § 2412(d) AND COSTS PURSUANT |
| ) | TO 28 U.S.C. § 1920 |
| Defendant. ) | |
| ) | |

TO THE HONORABLE GARY S. AUSTIN, MAGISTRATE JUDGE OF THE DISTRICT COURT:

IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to the approval of the Court, that Rena R Howard be awarded attorney fees and expenses in the amount of FOUR THOUSAND THREE HUNDRED dollars ($4,300) under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d).  This amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. §§ 1920; 2412(d).

1    After the Court issues an order for EAJA fees to Rena R Howard, the
2 government will consider the matter of Rena R Howard's assignment of EAJA fees
3 to Brian C. Shapiro.  Pursuant to *Astrue v. Ratliff*, 130 S.Ct. 2521, 2252-2253
4 (2010), the ability to honor the assignment will depend on whether the fees are
5 subject to any offset allowed under the United States Department of the Treasury's
6 Offset Program.  After the order for EAJA fees is entered, the government will
7 determine whether they are subject to any offset.
8    Fees shall be made payable to Rena R Howard, but if the Department of the
9 Treasury determines that Rena R Howard does not owe a federal debt, then the
10 government shall cause the payment of fees, expenses and costs to be made
11 directly to Law Offices of Lawrence D. Rohlfing, pursuant to the assignment
12 executed by Rena R Howard.  Any payments made shall be delivered to Brian C.
13 Shapiro.
14    This stipulation constitutes a compromise settlement of Rena R Howard's
15 request for EAJA attorney fees, and does not constitute an admission of liability on
16 the part of Defendant under the EAJA.  Payment of the agreed amount shall
17 constitute a complete release from, and bar to, any and all claims that Rena R
18 Howard and/or Brian C. Shapiro including Law Offices of Lawrence D. Rohlfing
19 may have relating to EAJA attorney fees in connection with this action.
20    Brian C. Shapiro reserves the right to contend that any non-payment caused
21 by the collection of a federal debt owed by Rena R Howard violates 31 C.F.R. §
22 285.5(e)(5) and *Morrison v. C.I.R.*, 565 F.3d 658, 667 (9th Cir. 2009).  Nothing in
23 this stipulation shall be construed as an admission by Brian C. Shapiro that the
24 Government has the right or authority to offset the fees due and payable pursuant
25 to this stipulation.
26

1     This award is without prejudice to the rights of Brian C. Shapiro and/or

2 Lawrence D. Rohlfing to seek Social Security Act attorney fees under 42 U.S.C. §

3 406(b), subject to the savings clause provisions of the EAJA.

4 DATE: June 20, 2011        Respectfully submitted,

5                               LAW OFFICES OF LAWRENCE D. ROHLFING

6                               /s/ *Brian C. Shapiro*

7                     BY:_____
                            Brian C. Shapiro

8                             Attorney for plaintiff Rena R Howard

9 DATED:  June 24, 2011

10                             BENJAMIN B. WAGNER
                            United States Attorney

11

12

13                               /s/ *Francesco Benavides*

14                             Francesco Benavides
                            Special Assistant United States Attorney

15                             Attorneys for Defendant Michael J. Astrue,
                            Commissioner of Social Security

16                             (Per e-mail authorization)

17

18

19

20

21

22

23

24

25

26

**ORDER**

**IT IS ORDERED** that counsel for Plaintiff is awarded attorney fees and costs pursuant to the Equal Access to Justice Act ("EAJA") in the amount FOUR THOUSAND THREE HUNDRED DOLLARS and no/100's ($4,300.00), as authorized by 28 U.S.C. 2412(d), and subject to the terms and conditions of the Stipulation.

IT IS SO ORDERED.

Dated:   **September 6, 2011**                    **/s/ Gary S. Austin**
                                                                    UNITED STATES MAGISTRATE JUDGE