Brian C. Shapiro
Attorney at Law: 192789
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-5491
E-mail rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
RENA R. HOWARD

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RENA R. HOWARD,<br><br>                Plaintiff,<br><br>        vs.<br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>                Defendant. | Case No.: 1:10-CV-00821 GSA<br><br>ORDER GRANTING MOTION FOR ATTORNEY FEES PURSUANT TO 42 U.S.C. § 406(b) |

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

Following consideration of Plaintiff Rena R. Howard's August 21, 2012, motion, and the Defendant's Statement of Non-Opposition filed August 27, 2012, the Court hereby awards Brian C. Shapiro, attorney Plaintiff Rena R. Howard, attorney fees pursuant to 42 U.S.C. § 406(b) in the amount of $16,640.

1 | The Commissioner previously paid $4,300 in EAJA fees and of that amount
2 | $717.19 was received by counsel.  The court hereby orders counsel to reimburse
3 | Rena Howard $717.19 previously received.

IT IS SO ORDERED.

Dated:   **August 28, 2012**                              **/s/ Gary S. Austin**
                                                        UNITED STATES MAGISTRATE JUDGE